United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Eyeris Rodriguez and others, Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 20-23459-Civ-Scola ) |
| Supersonic of Florida, Inc. and others, Defendant. | |

### Order Adopting the Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiffs' motions for costs and writs of execution. On January 29, 2021, Judge Torres issued a report, recommending that the Court grant the motions and award the Plaintiffs' costs in the amount of $599.00. (Report & Recommendations, ECF No. 33.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, this Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (ECF No. 33). The Court **grants** Plaintiffs' motion for costs in the amount of $599.00 (**ECF No. 28**) and for writs of execution to be issued against the Defendants (**ECF No. 29**).

**Done and ordered**, in chambers at Miami, Florida, on February 16, 2021.

_____
Robert N. Scola, Jr.
United States District Judge