United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Eyeris Rodriguez and others, Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 20-23459-Civ-Scola<br>) |
| Supersonic of Florida, Inc. and others, Defendant. | )<br>) |

### Order Adopting the Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiffs' motions for attorney's fees. On February 26, 2021, Judge Torres issued a report, recommending that the Court grant the motion, in part, and award the Plaintiffs' attorney's fees in the amount of $9,080.00. (Report & Recommendations, ECF No. 38.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, this Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 38**). The Court **grants in part** the Plaintiffs' motion for attorney's fees (**ECF No. 34**). Consistent with the report, the Court awards **$9,080.00** in attorneys' fees to the Plaintiffs to be paid by the Defendants.

**Done and ordered** at Miami, Florida, on March 15, 2021.

Robert N. Scola, Jr.
United States District Judge