United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Eyeris Rodriguez and others, Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 20-23459-Civ-Scola |
| Supersonic of Florida, Inc. and others, Defendant. | | |

### Order Adopting the Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiffs' motion to divest Juan Gonzalez of all rights, title, and interest in Supersonic of Florida, Inc. and to compel discovery in aid of execution. (ECF No. 40.) On April 27, 2021, Judge Torres issued a report, recommending that the Court grant the motion. (Report & Recommendations, ECF No. 42.) No objections have been filed and the time to do so has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, the Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 42**) and **grants** the Plaintiffs' motion (**ECF No. 40**).

**Done and ordered** at Miami, Florida, on May 12, 2021.

_____
Robert N. Scola, Jr.
United States District Judge