United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Eyeris Rodriguez and others, Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 20-23459-Civ-Scola ) |
| Supersonic of Florida, Inc. and others, Defendants. | ) ) |

### **Order Adopting the Magistrate's Report and Recommendations**

  This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiffs' Omnibus Motion for Entry of Judgment in Proceedings Supplementary against Third-Party Defendants in Execution. (ECF No. 60.) On November 14, 2022, Judge Torres issued a report, recommending that the Court grant in part and deny in part the motion. (Report & Recommendations, ECF No. 70.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, this Court finds Judge Torres's report and recommendation cogent and compelling.

  The Court **affirms and adopts** Judge Torres's report and recommendation. (**ECF No. 70**.) The Court **denies without prejudice** the motion with respect to Berki Gonzalez, individually, and Ivan Montalvo, individually. The Court **grants in part** the Plaintiffs' motion for writs of execution to be issued against Let's Keep Trucking, LLC; Let's Keep Trucking 4 Us Corp.; and 4 Us & Company LLC (**ECF No. 60**) for the full amount of the outstanding judgment of $437,242.41.

  **Done and ordered** in Miami, Florida, on December 5, 2022.

_____
Robert N. Scola, Jr.
United States District Judge